| Lada Ott and Andrey Ott<br>3505 Emerald St, Apt 16<br>Torrance, CA 90503<br>424-213-3157<br>Email: divergent499@gmail.com | FOR COURT USE ONLY<br><br>FILED<br>JAN 27 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – Los Angeles DIVISION**

| Name of Debtor:<br><br>Lada Ott<br>Andrey Ott | CASE NO.: 2:25-bk-17321-VZ<br>CHAPTER: ☒ 7  ☐ 11  ☐ 12  ☐ 13<br>ADVERSARY NO.: 2:26-ap-01019-VZ<br>(If applicable) |
|---|---|
| | **TITLE OF DOCUMENT (specify):**<br>Proof of Service of Document<br><br>*(This cover sheet is for use by filers when the case name, number, and other information is not included on the first page of a filing)* |

Please Print

Name of person filing this document: Lada Ott

Street Address: 3505 Emerald St, Apt 16 Torrance, CA 90503

Telephone number: 424-213-3157

Email Address: divergent499@gmail.com

The filer of this document is  ☒ the Debtor  ☐ a creditor

☐ other (specify): _____

Date: 01/27/2026

Signature of person filing this document

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

July 2015                                                        FILED.DOCUMENT.COVER.SHEET

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3505 Emerald St, Apt 16  Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*): _____
<u>ADVERSARY PROCEEDING COVER SHEET; ADVERSARY COMPLAINT; EXHIBITS 1-11</u>
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>01/27/2026</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/27/2026 | Lada Ott | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**